UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE WOLFINGTON GROUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BERTERA CHEVROLET, PONTIAC, BUICK, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | COMPLAINT AND DEMAND <br> FOR JURY TRIAL <br><br> (INJUNCTIVE RELIEF SOUGHT) <br><br> Civil Action Docket No. <br> 05-30202-MAP <br><br> FILING FEE PAID: <br> RECEIPT # 30602 <br> AMOUNT $ 250.00 <br> BY DPTY CLK ___ <br> DATE 9/13/05 |

Plaintiff The Wolfington Group ("Wolfington") hereby complains against Defendant Bertera Chevrolet, Pontiac, Buick, Inc. ("Bertera") as follows:

### PARTIES

1.  Wolfington is a business corporation duly organized and existing under the laws of the State of Maine, with its principal place of business in Augusta, Kennebec County, Maine.

2.  Bertera is a corporation organized and existing under the laws of the Commonwealth of Massachusetts, with its principal place of business in Palmer, Hampden County, Massachusetts. Bertera is involved in the business of motor vehicle sales to the public.

### JURISDICTION AND VENUE

3.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), because it is brought pursuant to the Federal Copyright Act. This Court further has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, because there is complete diversity between plaintiff and defendant and the amount in controversy exceeds $75,000, exclusive of interest and costs.

1049133.4

4.      This Court has personal jurisdiction over Bertera by virtue of its residing and doing business in Massachusetts.

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c), and 28 U.S.C. § 1400(a), because the events giving rise to the claim occurred in this district and Bertera is subject to personal jurisdiction in this district.

## FACTUAL BACKGROUND

6.      Continuously since the late 1990s, Wolfington has been engaged in the business of assisting retail car dealers with the sales of their inventory to consumers.

7.      Wolfington contracts with car dealers to conduct special sales promotions and, in fact, has built a business, successfully generating great respect, as well as revenues, both for itself and for the local car dealerships with which it contracts.

8.      Bertera sells cars and trucks at retail to customers. Bertera is one of several related dealerships in Western Massachusetts, which together operate as the "Bertera Group."

9.      For several years beginning in 1999, Wolfington contracted with Bertera to run sales events at various car dealerships owned by Bertera or by related entities. In connection with those sales promotions, Wolfington used its unique mailing piece (the "Wolfington Mailing Piece") to promote those sales events. A true copy of the Wolfington Mailing Piece is attached hereto as Exhibit A.

10.     On October 29, 2001, Wolfington entered into a contract with Bertera pursuant to which it agreed, for a fee, to conduct a series of promotional events in 2002 at Bertera's dealership in Palmer (the "2002 Contract"). A true copy of the 2002 Contract is attached hereto as Exhibit B.

11. In the 2002 Contract, Bertera agreed, *inter alia*, "to indemnify and hold the Wolfington Group harmless for actions arising from the sale of vehicles in association with this dealership."

12. In September 2003, Wendy Green Wolf, a customer who purchased a vehicle from Bertera during a promotional event conducted by Wolfington pursuant to the 2002 Contract, filed suit against Wolfington, Bertera, and others in Hampshire County Superior Court in a case captioned, Wendy Green Wolf v. Bertera Chevrolet, Oldsmobile, Pontiac, Buick, Inc., et al., Docket No. CV-03-187 (the "Wolf Lawsuit").

13. In the Wolf Lawsuit, Ms. Wolf seeks an award of damages from Wolfington and Bertera under claims of common law fraud, false imprisonment, and violation of M.G.L. ch. 93A, arising out the alleged conduct of employees of Wolfington and Bertera at the time she purchased her car on March 14, 2002.

14. To date, Wolfington has expended considerable sums in the defense of the Wolf Lawsuit, and it remains potentially liable to Ms. Wolf for money damages.

15. On several occasions, Wolfington, through counsel, has sought indemnification from Bertera for the funds expended on defense of the Wolf Lawsuit and for any damages to which it may be found liable. Through counsel, Bertera has verbally indicated that Bertera is unwilling to provide indemnification as requested.

16. On September 29, 2003, Wolfington entered into a contract with Bertera pursuant to which it agreed, for a fee, to conduct a series of promotional events in 2004 at Bertera's dealership in Palmer (the "2004 Contract"). A true copy of the 2004 Contract is attached hereto as Exhibit C.

3

17.     As part of the 2004 Contract, Bertera expressly agreed that "The Wolfington Group system and mail piece is copyrighted and proprietary. This agreement provides a license for one time use of these materials and system per event. Any additional use of these products is an infringement under applicable copyright laws."

18.     Soon thereafter, in November 2003, Metro Jeep Chrysler, a member of the Bertera Group of dealerships located in Springfield, Massachusetts, distributed or caused to be distributed a promotional mailing piece (the "Metro Piece") similar to the Wolfington Mailing Piece without Wolfington's authorization. Wolfington immediately brought this matter to the Bertera Group's attention, stating that the Metro Piece infringed Wolfington's copyright for the Wolfington Mailing Piece and demanding that the Bertera Group cease and desist from further use of the Metro Piece.

19.     By letter of its counsel dated December 29, 2003, the Bertera Group stated that (a) it had ceased all use of the Metro Piece; (b) it was not aware that its use of the Metro Piece constituted copyright infringement; and (c) agreed to "refrain from using the [Metro Piece] in all future mailings." A true copy of counsel's letter is attached hereto as Exhibit D.

20.     Since the completion of the promotional events contemplated in the 2004 Contract, Bertera has declined to do further business with Wolfington.

21.     In August 2005, Bertera conducted its own inventory clearance event similar to those it had conducted with Wolfington's assistance in the past. In connection with that event, Bertera used a promotional mailing piece which is virtually identical in content, form and approach to Wolfington's copyrighted and proprietary piece mailing. A true copy of an example of Bertera's unauthorized mailing piece is attached hereto as Exhibit E.

22. Bertera held its recent inventory clearance event on the same dates that Wolfington was conducting a similar event for a dealership located in Southwick, Massachusetts.

23. Bertera has adopted for its own use, and without authorization, sales promotional materials identical to Wolfington's copyrighted works.

## COUNT I
### (Copyright Infringement)

24. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 23 above as though set forth in full herein.

25. Wolfington owns the copyright to the Wolfington Mailing Piece, and has registered with U.S. Copyright Office its copyright in that work. A true copy of the Certificate of Registration for the Wolfington Mailing Piece is attached hereto as Exhibit F.

26. In August 2005, Bertera caused to be sent to thousands of addresses in Western Massachusetts a sales promotions piece advertising a vehicle sales promotion at the Bertera's automobile dealership in Palmer, Massachusetts. Bertera's marketing piece copies the text, style, and design of Wolfington's copyrighted work.

27. Wolfington did not authorize Bertera's use of its copyrighted work.

28. Bertera's infringement of Wolfington's copyrighted work is both intentional and willful.

29. Bertera's actions described above violate the exclusive rights protected by 17 U.S.C. § 106, and so violate 17 U.S.C. § 501(a), because such conduct constitutes willful and unauthorized reproduction, distribution, and public display of Wolfington's copyrighted sales materials, for Bertera's commercial gain.

30. Wolfington has been, and will continue to be, damaged by Bertera's violations of the Copyright Act.

31. Bertera is likely to engage in similar conduct, in violation of Wolfington's registered copyright, creating continuous injury and irreparable harm to Wolfington.

32. As a result of Bertera's violations of the Copyright Act, Wolfington is entitled to statutory damages in the amount of $150,000 for each work infringed or such sum as the Court, in its discretion, may consider just under 17 U.S.C. § 504(c)(2).

## COUNT II
### (Violation Of Massachusetts Consumer Protection Act, M.G.L. ch. 93A)

33. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 32 above as though set forth in full herein.

34. At all times material to this action, both Bertera and Wolfington were engaged in trade or commerce within the meaning of M.G.L. ch. 93A, § 1(b).

35. M.G.L. ch. 93A, § 2(a), prohibits the use of unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or business.

36. Bertera's adoption of Wolfington's proprietary sales system constitutes an unfair or deceptive act or practice prohibited by M.G.L. ch. 93A, § 2(a).

37. The actions constituting Bertera's unfair or deceptive acts or practices occurred primarily and substantially within the Commonwealth of Massachusetts and constitute willful and knowing violations of the Massachusetts Consumer Protection Act.

38. Wolfington has suffered a loss of money or property as a result of Bertera's unfair or deceptive acts in the conduct of its trade or business.

## COUNT III
### (Breach Of Contract)

39. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 38 above as though fully set forth herein.

40. Bertera has breached its contractual undertaking to indemnify Wolfington in connection with the Wolf Lawsuit.

41. Wolfington has suffered actual damages as a result of Bertera's breach of contract.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests that the Court grant it the following relief:

A. Declare that Defendant's actions constitute infringement of Plaintiff's exclusive rights under Section 106 of the Copyright Act;

B. Grant preliminary and permanent injunctive relief in accordance with 17 U.S.C. § 502(a) against Defendant and its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, prohibiting them from infringing Plaintiff's copyrights;

C. Require Defendant to pay Plaintiff the sum of $150,000 in statutory damages for each act of infringement through the date of judgment herein or such sum as the Court, in its discretion, may consider just under 17 U.S.C. § 504(c)(2);

D. Require Defendants to pay to Plaintiff all of its costs and reasonable attorney fees in accordance with 17 U.S.C. § 505;

E. Award the Plaintiff its actual damages for the Defendant's violation of the Massachusetts Consumer Protection Act, pursuant to M.G.L.A. ch. 93A, § 11;

F.  Award the Plaintiff double or treble damages for the Defendant's willful and knowing violations of the Massachusetts Consumer Protection Act, pursuant to M.G.L.A. ch. 93A, § 11;

G.  Award the Plaintiff damages for Defendant's beach of contract.

H.  Award the Plaintiff its reasonable attorneys' fees pursuant to M.G.L.A. ch. 93A, § 11;

I.  Award the Plaintiff its costs and prejudgment interest; and

J.  Award the Plaintiff such other relief as this Court deems just and proper.

## DEMAND FOR A TRIAL BY JURY

Pursuant to Fed.R.Civ.P. 38(b) and Local Rule 38, Plaintiff demands a trial by jury of all issues so triable in this action.

Dated: September 12, 2005

Respectfully submitted,

_____
Roy T. Pierce, BBO No. 562811
Preti, Flaherty, Beliveau, Pachios & Haley, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
(207) 791-3111 [fax]
rpierce@preti.com

*Counsel for Plaintiff*
*The Wolfington Group*

RECORDS OF DECLARATION DISBURSEMENTS DIVISION
OFFICES OF
116B RIVERSIDE INDUSTRIAL PARKWAY
PORTLAND ME 04103

# INVENTORY CLEARANCE EVENT
## • BY INVITATION ONLY •

Dear Debra Leclair,

The Wolfington Group, Inc. has been retained to sell millions of dollars worth of new and used cars, trucks, minivans and sport utility vehicles from Toyota, General Motors, Ford Motor Company, DaimlerChrysler Corporation, and other select import manufacturers. Sponsored auction vehicles, dealer demos, rental and lease returns, factory program vehicles, local trade-ins and dealership pre-owned vehicles will also be available.

### The chosen site for this event is:

**LEE TOYOTA**

107 Main Street
Topsham, ME 04086

## 2 DAYS ONLY!!

| FRIDAY | SATURDAY |
|--------|----------|
| **4TH** | **5TH** |
| MARCH | MARCH |
| 9 am to 9 pm | 9 am to 7 pm |

To ensure the sale of these vehicles, additional inventory, combined with 1.9% APR Financing (on select models) will save you thousands of dollars. Pricing will start as low as $6,995. No dealers or brokers until Monday, March 7th, 2005.

### THIS WILL BE YOUR ONLY NOTICE!

All credit applications will be reviewed. Upon approval, financing and lease specialists will arrange a payment to fit your budget. Bank representatives will also be available!

**BONUS:** The attached check will be the exact amount you will receive on your selected vehicle! Note: Checks will range from $400 to $2,500. For authorization of your check, call the toll free number listed below (ask for operator 240):

## Toll Free 1-877-596-7758  No: 034-1031PS3

**TRADE-INS:** Your trade-in will be purchased for top $$$ even if you still owe a balance. Please bring your title or payment book with you. IN MANY CASES, YOUR TRADE MAY BE THE ONLY DOWN PAYMENT YOU WILL NEED.

**NOTICE:** Just for attending this special event, you will receive a $1000.00 Online Shopping Spree, compliments of Lee Toyota.

IMAGINE...DRIVING A NEW CAR FOR THE SAME PAYMENT...OR LESS THAN YOU'RE PAYING NOW. THIS **CAN** AND **DOES** HAPPEN!

---

Lee Toyota
107 Main Street
Topsham, ME 04086

No: 034-1031PS3

DATE March 4th & 5th 20 05

Authorization #: _____

ISSUE FROM Accounting
ISSUANCE NUMBER
NO: 1132-CA

THE AMOUNT OF  $2,010.00 - TWO THOUSAND TEN DOLLARS & 00/100

| DOLLARS | CENTS |
|---------|-------|
| $2,010  | 00    |

Pay to the order of: Debra Leclair
353 Main St
Yarmouth, ME 04096-7936

SIGNATORY

1043 093 127758

Voucher Made-Out In Full To: Debra Leclair
DATE OF ISSUE

© The Wolfington Group, Inc. 1999



**The Wolfington Group**

Phone (207) 622-1706
Cell (603) 498-3263

99 Western Ave Suite D
Augusta, Maine 04330

Bertera GM Outlet
Palmer, MA

## CONTRACT & AGREEMENT TO PROVIDE
## DIRECT MAIL PROMOTION

Provide the mail drop
With the following services:

    Was / Is price tags, priced and hung
    Mailing manuscript
    Customer Registration forms
    Additional receptionist/greeter in addition to team

### PHASE ONE
One member on site, Wednesday for telephone assistance and management of traffic, and sale preparedness 8AM to close.

### PHASE TWO
Thursday, Friday, Saturday, and Sunday, Monday as required, full team for sale, comprising desk, supplemental F&I and sales and closing assistance, 9 AM to close.

### PHASE THREE
First business day following the event, two member team, cleanup of trades if applicable, funding of finance contracts and loose ends, 9 to 11AM.
Final recap of sale with dealer and GM 11 AM to 12 Noon.

### TERMS OF EVENTS
Contract is for three events during the following 12 months from the date of this contract.
$0.74 per name 25,000 names, minimum drops
20% of front and back gross sold/delivered during phase two (All sales, entire dealership).
Monday cleanup 9AM-12PM, no additional charge
Dealer agrees to indemnify and hold The Wolfington Group harmless from actions arising from the sale of vehicles from Dealer's place of business during the dates of sale.
$3000.00 per event, non refundable deposit, to be credited toward each of three events due on acceptance of terms to secure dates/times.
Balance of 15500.00, per event deposit required 14 days prior to mail drop.

**DATES OF EVENTS**

March 14,15,16,17 /2002    July 11,12,13,14, 2002    Sept 26, 27, 28, 29, 2002

_____ 10/29/01
Authorized and binding signature of Dealer   date

2/27, 28, 1, 2 /03

_____ 10/29/01
Leland Glynn Wolfington Group   date

12/11, 12, 13, 14 /03

EXHIBIT 2

# WOLFINGTON GROUP

99 Western Avenue
Augusta, ME 04330
Tel: (207) 622-1706 • Fax: (207) 622-8990

Bertera Chevrolet, Oldsmobile, Pontiac, Buick
1187 Thorndike Street
Palmer, MA 01069

## DIRECT MAIL AND SALE EVENT PROPOSAL

Provide the mail drop
With the following services:
    Was / Is price tags, priced and hung
    Mailing manuscript
    Customer Registration forms
    Premium gifts for invited guests
    Receptionist/greeter

### PHASE ONE
Wednesday
One member of team on site to manage sale preparedness 8 AM to close

### PHASE TWO
Thursday
Full team, for training and sale preparedness, comprising desk, supplemental F&I and sales and closing assistance.
9 AM to Close

### PHASE THREE
Friday, Saturday and Sunday
Sale dates, full team on site, bell to bell

Monday, two member team, cleanup, funding of finance contracts, insurance and loose ends, 9 AM to 11 AM. Final recap of sale with dealer and GM 11 AM to 12 Noon
$0.76 per name for 40,000 names
20% of front and back gross, holdback, and document fees sold/delivered Thursday, Friday, Saturday, and Sunday (All sales, entire dealership).
Monday cleanup 8AM-12PM, no additional charge
Dealer acknowledges that The Wolfington Group system and mail piece is copyrighted and proprietary. This agreement provides a license for one time use of these materials and system per event. Any additional use of these products is an infringement under applicable copyright laws. Dealer agrees to indemnify and hold The Wolfington Group harmless for actions arising from the sale of vehicles in association with this dealership.
$3,000.00 non-refundable deposit per event due on acceptance of terms to secure dates/times.
Balance of mail cost required two weeks before mail drop. Bertera will receive a $3,800.00 mail credit per event in addition to their deposit.

Dates of Events

_____    ~~8, 9, 10~~, 200_

_____    April ~~15, 16, 17, 18~~, 2004

Authorized and binding signature of Dealer  9/29/03   Aug. 19, 20, 21, 22, 2004
            date   Dec. 2, 3, 4, 5, 2004

_____
Harry Wolfington, Wolfington Group   date
            Confidential proposal


EXHIBIT C

Frank A. Caruso
Lori A. Landers
Mahsa Khanbabai †
David M. Murphy
Brian G. Shea

† *Also Admitted in New York*



**MULBERRY**
LAW GROUP

127 Mulberry Street
P.O. Box 80058
Springfield, Massachusetts 01103-0058
Telephone (413) 732-3320
Facsimile (413) 781-8553
*www.mulberrylawgroup.com*



JAN - 2 2004

BOHAN, MATHERS & ASSOC, LLC

December 29, 2003

Patricia M. Mathers, Esquire
Bohan, Mathers & Associates
75 Market Street, 5th Floor
P. O. Box 17707
Portland, ME 04112-8707

RE:    **Copyright Infringement**

Dear Ms. Mathers:

As you are aware, this office represents The Bertera Group in the above referenced matter. Upon receipt of your letter dated November 24, 2003, The Bertera Group immediately ceased all use of the letter described as The Wolfington Group's proprietary mailing piece (the "Letter").

As in many business areas, direct mail is an accepted business practice in the automobile dealership industry. As direct mail is a widely utilized method of reaching customers, The Bertera Group will continue to make use of this common business practice. The Bertera Group was not aware its use of this particular Letter constituted a copyright infringement.

The Bertera Group maintains an ongoing business relationship with The Wolfington Group. In an effort to maintain their good business relationship with Wolfington, Bertera will continue to comply with your client's request to refrain from using the Letter in all future mailings.

We trust this action by the Bertera Group satisfies your client's concerns regarding any use of the Letter.

Sincerely,

David M. Murphy

cc:    R. Ghazarian

EXHIBIT D

SCANNED

**INVENTORY CLEARANCE EVENT**
• **BY INVITATION ONLY** •

No. 9959855
-----ISSUED-----
August 11th, 2005

Your verification for eligibility has been <u>completed</u>.

Dear Valued Customer,

Bertera Chevrolet and Chevy Truck outlet is your designated site to sell hundreds of new and used cars, trucks, minivans and sport utility vehicles from DaimlerChrysler Corporation, General Motors, Ford Motor Company and select import manufacturers. Sponsored auction vehicles, dealer demos, rental and lease returns, factory program vehicles, local trade-ins and dealership pre-owned vehicles will also be available. Plus Free extended 100,000 mile warranty on every qualified vehicle.

The chosen site for this event is:

# BERTERA CHEVROLET PONTIAC BUICK
1187 THORNDIKE STREET • PALMER, MA 01069
(866) 302-7542 • www.BerteraChevy.com

# 3 DAYS ONLY!!!

**Thursday,**
**August 18th**
**9am-8pm**

**Friday,**
**August 19th**
**9am-6pm**

**Saturday,**
**August 20th**
**9am-5pm**

To ensure the sale of these vehicles, additional inventory, combined with 0.0% APR FINANCING (on select models) will save you thousands of dollars. Pricing will start as low as $4,895. No dealers or brokers until Monday, August 22nd.

**THIS WILL BE YOUR ONLY NOTICE!**

**BONUS:** The attached check will be the exact amount you will receive on your selected vehicle! NOTE: Checks will range from $ to $3,600. For authorization of your check, call the toll free number listed below (ask for sales operator).

**TOLL FREE: 1(866) 302-7542**   **NO. D106-1031TF**

**PRE-QUALIFIED:** You are receiving this offer after reviewing your credit report: It has been determined that you meet the lender's requirement for credit. You are Pre-Qualified for an auto loan of **$24,892.00**

**TRADE-INS:** Trade-ins will be accepted, paid for or not! Please bring your title or payment book with you. IN MANY CASES, YOUR TRADE MAY BE THE ONLY DOWN PAYMENT YOU WILL NEED.

**NOTICE:** All pre-owned vehicles sold during sale will carry a FREE 100,000 mile warranty

*IMAGINE...* Driving a new car for $50 to $150 less per month!
**THIS <u>CAN</u> AND <u>DOES</u> HAPPEN!!!**

100,000 mile warranty to qualified vehicle must be within factory warranty mileage. Cars over 36,000 miles will receive a 3 year/ 36,000 mile warranty Mileage must not exceed warranty limitation. Bertera Chevy 2005©

YOU CAN CHOOSE TO STOP RECEIVING "PRESCREENED" OFFERS OF CREDIT FROM THIS AND OTHER COMPANIES BY CALLING TOLL-FREE 1-888-567-8688. SEE **PRESCREEN & OPT-OUT NOTICE** ON THE REVERSE SIDE OF THE CHECK FOR MORE INFORMATION ABOUT PRESCREENED OFFERS.

---

**BERTERA CHEVROLET PONTIAC BUICK**
1187 Thorndike St
Palmer, MA 01069

Voucher# 003-1031FS84   Valid on:
August 18th, 19th & 20th, 2005

Authorization #:

ISSUE FROM
ACCOUNTING

The Sum of up to   THREE THOUSAND FOUR HUNDRED AND 00/100 ***

AMOUNT $3,400.00

ISSUANCE NUMBER
NO: 1182-CA

DOLLAR
$3,400  00

********** 5-DIGIT 01056
EILEEN THOMPSON
90 SOUTHWOOD DR
LUDLOW MA 01056-1631

EXHIBIT 2

AUTHORIZED SIGNATURE
Valid only when used toward the purchase of any pre-owned vehicle.
One coupon per sale. Not valid with any other offers or advertised specials.

Voucher Confirmation Number:
003-1031FSS

DATE OF ISSUE
08/11  05

$3,400  00

Non-Negotiable Vouch

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-957-928**

EFFECTIVE DATE OF REGISTRATION

Mar 04 2004

---

**TITLE OF THIS WORK ▼**
WOLFINGTON LETTER - REVISED

**PREVIOUS OR ALTERNATIVE TITLES ▼**
WOLFINGTON LETTER

**PUBLICATION AS A CONTRIBUTION** If the work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**NAME OF AUTHOR ▼**
HARRY WOLFINGTON

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1961   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Citizen of ▶ USA
Domiciled in ▶ HALLOWELL, MAINE

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
INVITATION TO AUTOMOTIVE SALE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 2003

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** 
Month ▶ January Day ▶ 21 Year ▶ 2003
Nation ▶ USA

**COPYRIGHT CLAIMANT(S)**
HARRY J WOLFINGTON
3 CHAMBERLAIN DR.
HALLOWELL, ME 04347

APPLICATION RECEIVED MAR 04 2004
ONE DEPOSIT RECEIVED MAR 04 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK** ▶



Page 1 of __ pages

EXAMINED BY DSW

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

*Amended by C O from phone call to Harry Wolfington on May 13, 2004

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶      Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
PREEXISTING WORK - WOLFINGTON LETTER - THIS IS A SUBSTANTIALLY CHANGED VERSION - PREVIOUS REGISTRATION # TX5285994

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
SUBSTANTIAL REWORDING OF INVITATION, NEW CHECK DESIGN, NEW PHRASES AND TELEPHONE NUMBERS

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / ZIP ▼
HARRY WOLFINGTON
254 WESTERN AVE
AUGUSTA, ME 04330

Area code and daytime telephone number ▶ 207-622-1706       Fax number ▶ 207-623-1198
email ▶ WLFGRP@AOL.COM

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
HARRY WOLFINGTON                                    Date ▶ 2/29/04

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address:
Name ▼ HARRY WOLFINGTON
Number/Street/Apt ▼ 254 WESTERN AVE
City/State/ZIP ▼ AUGUSTA, ME 04330

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
The Wolfington Group

**DEFENDANTS**
Bertera Chevrolet, Pontiac, Buick, Inc.

(b) County of Residence of First Listed Plaintiff   Kennebec, ME
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Hampden, MA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
See attachment.

05-30202-MAP

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 USC § 106
Brief description of cause:
Claim for copyright infringement, violation of MGL ch. 93A, and breach of contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Unspecified
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
N/A
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: September 12, 2005
SIGNATURE OF ATTORNEY OF RECORD
BBO No. 562811

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## ATTACHMENT TO CIVIL COVER SHEET

Roy T. Pierce, BBO No. 562811
PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000 (phone)
(207) 791-3111 (fax)
rpierce@preti.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __The Wolfington Group v. Bertera Chevrolet, Pontiac, Buick, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐  I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☒  II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ☐  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ☐  IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.    150, 152, 153.

   05 - 30202 - MAP

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   __N/A__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                        YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                        YES ☐    NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                        YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                        YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                        YES ☒    NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐       Central Division ☐       Western Division ☒

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐       Central Division ☐       Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                        YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Roy T. Pierce, BBO No. 562811__
ADDRESS __Preti Flaherty, One City Center, PO Box 9546, Portland, ME  04112-9546__
TELEPHONE NO. __207-791-3000__

(CategoryForm.wpd - 5/2/05)