UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BERTERA CHEVROLET, PONTIAC, BUICK, )<br>INC., )<br>)<br>Defendant. )<br>) | Civil Action Docket No. _____<br><br>05 - 30202 - MAP |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff The Wolfington Group states that there is no parent corporation of said party, and that there are no publicly held corporations that own ten percent (30, 10%) or more of the stock of said party.

Dated: September 12, 2005

Respectfully submitted,

_____
Roy T. Pierce, BBO No. 562811
Preti, Flaherty, Beliveau, Pachios & Haley, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
(207) 791-3111 [fax]
rpierce@preti.com

*Counsel for Plaintiff*
*The Wolfington Group*

1050788.2