IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>BERTERA CHEVROLET, PONTIAC BUICK, INC.,<br><br>    Defendant. | CIVIL NO. _____<br><br>05-30202-MAP<br><br>FILING FEE PAID:<br>RECEIPT # 306043<br>AMOUNT $ 50.00<br>BY DPTY CLK _____<br>DATE 9/14/05 |

### PLAINTIFF'S MOTION TO ADMIT ALFRED C. FRAWLEY, *PRO HAC VICE*

NOW COMES the Plaintiff, The Wolfington Group, by and through its attorneys, Preti Flaherty Beliveau Pachios and Haley, LLP, and asks this Court to admit Alfred C. Frawley, *pro hac vice*, as co-counsel for the Plaintiff in this matter. As grounds for this motion, Plaintiff states as follows:

1. Alfred C. Frawley is an attorney who practices with Preti Flaherty Beliveau Pachios & Haley, LLP, in its Portland, Maine, office. His address, telephone and other contact information are:

    Alfred C. Frawley, Esq.
    Preti Flaherty Beliveau Pachios
       & Haley, LLP
    One City Center
    PO Box 9546
    Portland, ME 04112-9546

    Tel.:    207-791-3000
    Fax:    207-791-3111
    e-mail:  afrawley@preti.com

2. Attorney Frawley is admitted to practice before the State of Maine and the United States District Court for the District of Maine.

3. Attorney Frawley is a member in good standing of the Maine bar and eligible to practice in all of the courts to which he has been admitted.

4. Attorney Frawley is not currently suspended or disbarred in any jurisdiction.

5. There are no pending disciplinary matters involving Attorney Frawley.

6. The Affidavit of Attorney Frawley is attached hereto as Exhibit A.

7. Attorney Frawley will be associated in this matter with Attorney Roy T. Pierce, a member in good standing of the bar of this Court.

WHEREFORE, the Plaintiff, The Wolfington Group, asks that this Court:

A. Admit Attorney Alfred C. Frawley, *pro hac vice;*

B. Grant such other and further relief as the Court deems just and appropriate

Dated: September 12, 2005

Respectfully submitted,

Roy T. Pierce, BBO No. 562811
Preti, Flaherty, Beliveau, Pachios & Haley, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
(207) 791-3111 [fax]
rpierce@preti.com

*Counsel for Plaintiff*
*The Wolfington Group*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>BERTERA CHEVROLET, PONTIAC BUICK, INC.,<br><br>    Defendant. | CIVIL NO. _____ |

## AFFIDAVIT OF ALFRED C. FRAWLEY

I, Alfred C. Frawley, do depose and set forth as follows:

1. I am an attorney who practices with Preti Flaherty Beliveau Pachios & Haley, LLP. My address, telephone and other contact information is:

   Alfred C. Frawley, Esq.
   Preti Flaherty Beliveau Pachios & Haley, LLP
   One City Center
   PO Box 9546
   Portland, ME 04112-9546

   Tel.:   207-791-3000
   Fax:   207-791-3111
   e-mail address:   afrawley@preti.com

2. I am an attorney licensed to practice in the State of Maine and the United States District Court for the District of Maine.

3. I have not appeared *pro hac vice* in other matters in Massachusetts.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1049720.1

3


EXHIBIT A

5. I am a member in good standing of the Maine bar and eligible to practice in all of the courts to which I have been admitted.

6. I am not currently suspended or disbarred in any jurisdiction.

7. There are no pending disciplinary matters in which I am involved.

Date: 31 August 2005

_____
Alfred C. Frawley

STATE OF MAINE
CUMBERLAND, SS.

Before me, the undersigned officer, did appear the said Alfred C. Frawley, personally known to me or proven to be the person described herein, and took oath, under penalty of perjury, that the above statements are true to the best of his knowledge and belief.

Date: 8/31/05

_____
Diane M. Crowell
Notary Public
My Commission Expires:_____

DIANE M. CROWELL
Notary Public, Maine
My Commission Expires March 1, 2008

1049720.1

4