AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

The Wolfington Group

v.

Bertera Chevrolet, Pontiac, Buick, Inc.

APPEARANCE

Case Number: 05-30202-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Wolfington Group

I certify that I am admitted to practice in this court, **pro hac vice.**

19 September 2005
Date

Signature

Alfred C. Frawley                    ME 2547
Print Name                           Bar Number

One City Center
Address

Portland, ME                         04112
City                State            Zip Code

207-791-3230                         207-791-3111
Phone Number                         Fax Number