UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case Number: 05-202-MAP

THE WOLFINGTON GROUP,

    Plaintiff

v.

BERTERA CHEVROLET, PONTIAC, BUICK, INC.

    Defendant

**APPEARANCE**

To the Clerk of this Court and all parties of records:

Enter my appearance in this matter as counsel in this case for

Bertera Chevrolet, Pontiac, Buick, Inc.

David M. Murphy
BBO No. 563444
Mulberry Law Group
127 Mulberry Street
Springfield, MA 01105
(413) 732-3320

Dated: October 12, 2005