UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE WOLFINGTON GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | Docket No. 05-30202-MAP |
| BERTERA CHEVROLET, PONTIAC, | ) | |
| BUICK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PLAINTIFF'S CERTIFICATION</u>**

Pursuant to Local Rule 16.1(D)(3), Plaintiff and its counsel certify that they have conferred:

1. With a view to establishing a budget of the costs of conducting the full course – and various alternative courses – of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: January 11, 2006

/s/ Roy T. Pierce
Roy T. Pierce, BBO No. 562811
Alfred C. Frawley, *pro hac vice*
Preti, Flaherty, Beliveau, Pachios & Haley, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
(207) 791-3111 [fax]
rpierce@preti.com

*Counsel for Plaintiff*
*The Wolfington Group*

1086592.1

**THE WOLFINGTON GROUP**

By: /s/ Henry J. Wolfington
Its:     President

1086592.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 11, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    David M. Murphy, Esq.
    Mulberry Law Group
    127 Mulberry Street
    Springfield, MA  01105
    dmurphy@mulberrylawgroup.com


    /s/ Roy T. Pierce
    Roy T. Pierce, BBO No. 562811
    Preti, Flaherty, Beliveau, Pachios & Haley, LLP
    One City Center, P.O. Box 9546
    Portland, ME 04112-9546
    (207) 791-3000
    (207) 791-3111 [fax]
    rpierce@preti.com

    *Counsel for Plaintiff*
    *The Wolfington Group*