UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | Docket No. 05-30202-MAP |
| BERTERA CHEVROLET, PONTIAC, ) | |
| BUICK, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Defendant and its counsel certify that they have conferred:

    a)    With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    b)    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

    Counsel for Defendant
Bertera Chevrolet, Pontiac, Buick, Inc.

_____
David M. Murphy,
BBO No. 563444
Mulberry Law Group
127 Mulberry Street
Springfield, MA 01105
(413) 732-3320
(413) 781-8553 [fax]
dmurphy@mulberrylawgroup.com

1086561.1

BERTERA CHEVROLET, PONTIAC, BUICK, INC.

_____
Aldo M. Bertera
President

Dated: January 17, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ~~mail/by hand~~ FACSIMILE.

Date: 1/17/06  _____
David M. Murphy, Esq.

1086561.1