UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP,<br>          Plaintiff<br><br>v.<br><br><br><br>BETERA CHEVROLET, PONTIAC,<br>BUICK, INC.,<br>          Defendant | Civil Action No. 05-30202-MAP |

SCHEDULING ORDER
January 18, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by February 1, 2006.

2. All motions to amend the pleadings shall be filed by February 1, 2006.

3. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by March 31, 2006.

4. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by May 1, 2006.

5. All discovery shall be completed by June 1, 2006.

6. Counsel shall appear for a case management conference on June 15,

2006 at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: January 18, 2006

       /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge