UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP,       ) | |
| )             | |
| Plaintiff,       ) | |
| )             | |
| v.                                                ) | Civil Action |
| )             | Docket No. 05-30202-MAP |
| BERTERA CHEVROLET, PONTIAC, ) | |
| BUICK, INC.,       ) | |
| )             | |
| Defendant.     ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my disappearance in the above captioned matter

Respectfully submitted,
Bertera Chevrolet, Pontiac, Oldsmobile, Inc.
By its Attorney

_____
David M. Murphy,
BBO No. 563444
82 Broad Street, Suite 103
(413) 562-1281
(413) 562-1282 [fax]
murphyslaw2@comcast.net

Dated: June 14, 2006