UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE WOLFINGTON GROUP
   Plaintiff

vs.

BERTERA CHEVROLET PONTIAC BUICK, INC.
   Defendant

CIVIL ACTION NO. 05-30202-MAP

## NOTICE OF APPEARANCE

Please enter my appearance for the defendant, BERTERA CHEVROLET PONTIAC BUICK, INC., in the above-entitled action.

Date: July 5, 2006

THE DEFENDANT
BY ITS ATTORNEY

CHRISTOPHER J. BROWN, ESQ.
Mulberry Law Group
127 Mulberry Street
P.O. Box 30058
Springfield, MA 01103-0058
(413) 732-3320
413-781-8553 (fax)
BBO#: 059890

## CERTIFICATE OF SERVICE

I, Christopher J. Brown, Esq., hereby certify that I served a true copy of the foregoing pleading upon the attorney of record for each other party to this case by mailing a copy of same by first class mail, postage pre-paid, on July 5, 2006 to:

Roy T. Pierce, Esquire
One City Center
P. O. Box 9546
Portland, ME 04112-9546

Date: July 5, 2006

_____
Christopher J. Brown, Esq.

2