# PretiFlaherty

ALFRED C. FRAWLEY, ESQ.
afrawley@preti.com

FILED
2006 JUL 10 A 10: 21
U.S. DISTRICT COURT

July 6, 2006

ATTN: Maurice Lindsay
U.S. District Court
District of Massachusetts
1550 Main Street
Springfield, MA 01103

RE: **The Wolfington Group v. Bertera Chevrolet, Pontiac, Buick, Inc. Case 3:05-cv-30202-MAP**

Dear Mr. Lindsay:

    This letter is intended to comply with the Court's Order today directing counsel for Plaintiff to explain his absence at the scheduled status conference set by the Court for July 6, 2006.
    The undersigned, when the re-noticing of the earlier-postponed status conference was received, mistakenly calendared the status conference for a date later in July. The re-noticing of the status conference was received electronically while the undersigned was involved in extensive travel in another case, and a mistaken entry was made. This is offered as an explanation, and not an excuse. I apologize for my mistake. I understand that the status conference has been reset for 11 a.m. on July 26, and I am prepared to explain my error to the Court at that time.

    Again, I apologize and I thank you in advance for your patience.

Very truly yours,

Alfred C. Frawley

1140171.1

**Preti Flaherty Beliveau Pachios & Haley LLP**
One City Center  P.O. Box 9546  Portland, Maine  04112-9546

Augusta · Bath · Boston · Concord · Portland
207.791.3000   207.791.3111 FAX   www.preti.com