UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP,  )<br>            Plaintiff    )<br>                            )<br>    v.                      )<br>                            )<br>                            )<br>                            )<br>BETERA CHEVROLET, PONTIAC,  )<br>BUICK, INC.,                )<br>            Defendant   )   | Civil Action No. 05-30202-MAP |

FURTHER SCHEDULING ORDER
July 26, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All remaining discovery shall be completed by September 15, 2006.

2. The parties shall engage in mediation between September 18 and September 30, 2006.

3. Counsel shall appear for a case management conference on October 12, 2006 at 12:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge