UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP,  )<br>              Plaintiff  )<br>                    )<br>v.                   )<br>                    )<br>BETERA CHEVROLET, PONTIAC,  )<br>BUICK, INC.,  )<br>             Defendants  ) | Civil Action No. 05-30202-MAP |

SCHEDULING ORDER
October 12, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. Motions to compel discovery shall be filed by October 26, 2006.

2. Counsel shall appear for a final pretrial conference on December 20, 2006, at 2:30 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                                 /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                Chief Magistrate Judge