UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP,<br>*Plaintiff,*<br><br>V.<br><br>BERTERA CHEVROLET<br>PONTIAC BUICK, INC.<br>*Defendant.* | CIVIL ACTION NO. 05-30202-MAP |

**NOTICE OF APPEARANCE**           DOCKETED

TO THE CLERK IN THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the Defendant, Bertera Chevrolet Pontiac Buick, Inc.

BERTERA CHEVROLET PONTIAC INC.
By its Attorneys,

/s/ *John A. Kiernan*
John A. Kiernan (BBO# 271020)
Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square – 6th Floor
Boston, MA 02109
(617) 426-3900

Dated: December 18, 2006

2/15/06

## CERTIFICATE OF SERVICE

I, John A. Kiernan, hereby certify that a true copy of the above Notice of Appearance was served upon the attorney of record for each other party via ECF Electronic Filing System, and First Class Mail, on December 18, 2006:

| **Counsel for the Plaintiff:** | **Counsel for the Defendant:** |
|---|---|
| Alfred C. Frawley, III, Esq. | Christopher Browne, Esq. |
| Roy T Pierce, Esq. | David M. Murphy, Esq. |
| Preti Flaherty Beliveau Pachios & Haley LLC | Mulberry Law Group |
| One City Center | 127 Mulberry Street |
| PO Box 9546 | P.O. Box 30058 |
| Portland, ME 04112 | Springfield, MA 01103-0058 |

/s/ John A Kiernan

John A. Kiernan