UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
THE WOLFINGTON GROUP,           )
          Plaintiff             )
                                )
     v.                         ) C.A. 05-30202-MAP
                                )
BERTERA CHEVROLET, PONTIAC,     )
BUICK, INC.,                    )
          Defendant             )
```

FURTHER SCHEDULING ORDER

January 29, 2007

PONSOR, D.J.

Counsel appeared before this court for a final pretrial conference on January 26, 2007. Based on counsel's representations, the court orders as follows:

1. Plaintiff's complete final pretrial memorandum will be filed no later than February 5, 2007.

2. Defendant's motion to compel further answers to interrogatories and motion to amend its complaint (if any) will be filed no later than February 5, 2007.

3. Plaintiff may oppose defendant's motions no later than February 20, 2007.

4. Discovery is extended to March 31, 2007. Any further depositions must be <u>completed</u> by that date.

5. This case is hereby ordered referred to Chief Magistrate Judge Kenneth P. Neiman for mediation to be conducted, if the Magistrate Judge's schedule permits, during the month of April.

6. Trial in this matter will commence on June 4, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a brief conference prior to commencement of jury selection. The trial will proceed thereafter from 9:00 a.m. to 1:00 p.m.

7. Proposed <u>voir dire</u> questions, proposed jury instructions and motions <u>in limine</u> will be filed by May 30, 2007.

It is So Ordered.

                                        <u>/s/ Michael A. Ponsor</u>
                                        MICHAEL A. PONSOR
                                        United States District Judge