UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE WOLFINGTON GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | Docket No. 05-30202-MAP |
| BERTERA CHEVROLET, PONTIAC, | ) | |
| BUICK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Plaintiff, The Wolfington Group, hereby responds to the Defendant's Motion to Compel Discovery as follows:

Defendant was advised, prior to the filing of the subject motion that Plaintiff will seek to provide supplemental answers to the discovery requests and interrogatories specified in the subject motion. Plaintiff has already undertaken to begin provide such information to the Defendant.

Dated: February 20, 2007            Respectfully Submitted,

                                    ____/s Alfred C. Frawley/_____
                                    Alfred C. Frawley
                                    Roy T. Pierce
                                    Preti Flaherty, LLP
                                    One City Center, P.O. Box 9546
                                    Portland, ME 04112-9546
                                    (207) 791-3000
                                    (207) 791-3111 [fax]
                                    afrawley@preti.com

1198093.4

*Counsel for Plaintiff*
*The Wolfington Group*

2

1198093.4