UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THE WOLFINGTON GROUP,**  *Plaintiff*, | ) ) ) ) |
| V. | ) CIVIL ACTION NO. 05-30202-MAP |
| **BERTERA CHEVROLET PONTIAC BUICK, INC.**  *Defendant*. | ) ) ) ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK IN THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the Defendant, Bertera Chevrolet Pontiac Buick, Inc.

        **BERTERA CHEVROLET PONTIAC INC.**
        By its Attorneys,

        s/Kendra A. Krolikowski
        Kendra A. Krolikowski (BBO #667710)
        Bonner Kiernan Trebach & Crociata, LLP
        One Liberty Square – 6th Floor
        Boston, MA 02109
        (617) 426-3900

Dated: March 2, 2007

## CERTIFICATE OF SERVICE

  I, Stephen E. Hughes, hereby certify that a true copy of the above Notice of Appearance was served upon the attorney of record for each other party via ECF Electronic Filing System, and First Class Mail, on March 2, 2007:

| **Counsel for the Plaintiff**: | **Counsel for the Defendant**: |
|---|---|
| Alfred C. Frawley, III, Esq. | Christopher Browne, Esq. |
| Roy T Pierce, Esq. | David M. Murphy, Esq. |
| Preti Flaherty Beliveau Pachios & Haley LLC | Mulberry Law Group |
| One City Center | 127 Mulberry Street |
| PO Box 9546 | P.O. Box 30058 |
| Portland, ME 04112 | Springfield, MA 01103-0058 |

                s/Kendra A. Krolikowski
                Kendra A. Krolikowski