## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE WOLFINGTON GROUP, )<br><br>Plaintiff, )<br><br>V. )<br><br>BERTERA CHEVROLET, PONTIAC, )<br>BUICK, INC., )<br><br>Defendant. ) | CIVIL ACTION NO. 05-30202-MAP |

### PRO HAC VICE CERTIFICATE

I, John D. Mason, hereby petition the above-entitled court to permit me to appear and participate in this case as counsel for Bertera Chevrolet, Pontiac, Buick, Inc., and in support of this petition declare under penalty of perjury that the foregoing is true and correct:

| My firm name is: | Bonner Kiernan Trebach &<br>Crociata LLP |
|---|---|
| My office address and phone number are: | 1233 20th Street, NW, Suite 800<br>Washington, DC 20036<br>202.712.7000 |
| The firm's Boston office address is: | One Liberty Square<br>Boston, MA 02109<br>617.426.3900 |

That on June 25, 1997, I was admitted to practice in the State of Maryland; that on August 2, 1999 I was admitted to practice in the District of Columbia; that on April 2, 2001 I was admitted to practice before the United States District Court, District of Columbia; that in 2004 was admitted to practice before the United States District Court, District of Maryland and the

U.S. Court of Appeals, District of Columbia Circuit, and that I am currently in good standing and eligible to practice in the aforementioned jurisdictions and courts:

That I am not currently suspended or disbarred by any other court:

That there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction:

That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts:

That I am familiar with the underlying facts of this case and have been requested by Bertera Chevrolet, Pontiac, Buick, Inc. to represent its interests in this case:

That I have an existing attorney-client relationship with Panda Express and I have acquired extensive experience with respect to the litigation important to the defense of this case and the specific areas of law at issue in this case.

Date: March 29, 2007

s/John D. Mason
John D. Mason (DC Bar and USDC District of
          Columbia Bar # 464072)
(E-mail: jmason@bktc.net)
BONNER KIERNAN TREBACH &
CROCIATA LLP
1233 20th Street, NW Suite 800
Washington DC 20036
Phone: 202-712-7000
Fax: 202.712-7100
*Attorneys for Defendant BERTERA CHEVROLET,
PONTIAC, BUICK, INC.*

## CERTIFICATE OF SERVICE

I, Kendra A. Krolikowski, hereby certify that a true copy of the above *Pro Hac Vice* Certificate of John D. Mason was served upon the attorney of record for each other party via ECF Electronic Filing System, and First Class Mail, on March 30 , 2007:

| Counsel for the Plaintiff: | Counsel for the Defendant: |
|---|---|
| Alfred C. Frawley, III, Esq. | Christopher Browne, Esq. |
| Roy T Pierce, Esq. | David M. Murphy, Esq. |
| Preti Flaherty Beliveau Pachios & Haley LLC | Mulberry Law Group |
| One City Center | 127 Mulberry Street |
| PO Box 9546 | P.O. Box 30058 |
| Portland, ME 04112 | Springfield, MA 01103-0058 |

s/Kendra A. Krolikowski
Kendra A. Krolikowski