# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP,<br>*Plaintiff*<br><br>V.<br><br>BERTERA CHEVROLET, PONTIAC, BUICK INC.<br>*Defendant* | Case No: 3:05-CV-30202-MAP |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by plaintiff's counsel on 4/11/07 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within THIRTY (30) DAYS to reopen the action if settlement is not consummated by the parties.

DATED April 11, 2007

                                                **SARAH A. THORNTON**
                                              CLERK

                                              BY: /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk