# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

THE WOLFINGTON GROUP,
        Plaintiff

V.

BERTERA CHEVROLET, PONTIAC, BUICK, INC.,
        Defendant

CIVIL ACTION

NO.   05-30202-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[X]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On _____ I held the following ADR proceeding:

    __ SCREENING CONFERENCE    __ EARLY NEUTRAL EVALUATION
    __ MEDIATION    __ SUMMARY BENCH / JURY TRIAL
    __ MINI-TRIAL    __ FOLLOWUP CONFERENCES

[ ]   All parties were represented by counsel.

[ ]   The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[ ]   Settled. A ___ day order of dismissal has been entered.

[ ]   There was progress. A followup telephone conference is scheduled for _____.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

[ ]   Other: _____

April 13, 2007                             /s/ Kenneth P. Neiman
DATE                                         ADR Provider

                                                           KENNETH P. NEIMAN, Chief Magistrate Judge