UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WOLFINGTON GROUP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERTERA CHEVROLET, PONTIAC, BUICK, )<br>INC., )<br>)<br>Defendant. )<br>_____) | Civil No. *Case* <u>05-30202-MAP</u> |

## NOTICE OF DIMISSAL PURSUANT TO

## RULE 41(a), FED R. CIV. P.

The parties to the above captioned matter hereby consent to the dismissal of all claims in the above captioned action with prejudice, pursuant to Rule 41(a), Fed. R. Civ. P., each party to bear its own costs

Dated: May 14, 2007

                                        Respectfully submitted,

                                        /s/ Alfred C. Frawley III

                                        _____
                                        Roy T. Pierce, BBO No. 562811
                                        Alfred C. Frawley (admitted *pro hac vice*)
                                        Preti, Flaherty, Beliveau, Pachios & Haley, LLP
                                        One City Center
                                        P.O. Box 9546
                                        Portland, ME 04112-9546
                                        (207) 791-3000
                                        (207) 791-3111 [fax]
                                        rpierce@preti.com

                                        *Counsel for Plaintiff*
                                        *The Wolfington Group*

1

        Respectfully submitted,

        /s/ John D. Mason

        _____
        John A. Kiernan (BBO No. 271020)
        John D. Mason (admitted *pro hac vice*)
        Bonner Kiernan Trebach & Crociata, LLP
        One Liberty Square – 6th Floor
        Boston, MA 02109
        (617) 426-3900

        *Counsel for Defendant*
        *Bertera*